IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JACOB ENGSTROM, and　　　　　)<br>TESSA BOWLER,　　　　　　　　)<br>　　　Defendants.　　　　　　　　)<br>_____) | Case No.  13-10196-01, 02 EFM |

**MOTION TO SUPPRESS**

COMES NOW the defendant, Tessa Bowler, by and through her attorney, Cyd Gilman, and moves this Court for an Order suppressing from admission into evidence all evidence obtained from the February 22, 2012 stop and search by deputies of the Sedgwick County Sheriff's Office of the 1999 Toyota Solara belonging at the time to defendant Bowler, as well as all statements made by defendant Bowler to the officers subsequent to the stop of the car. In support thereof, defendant Bowler submits a Memorandum Brief in Support of Motion to Suppress Evidence.

WHEREFORE, defendant Tessa Bowler respectfully requests from this Court an evidentiary hearing and Order suppressing from admission into evidence all evidence obtained from the February 22, 2012 stop and search of the 1999 Toyota Solara, and all statements made by her to the authorities after the stop of the car.

Respectfully submitted,

Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466


By  /s/ *Cyd Gilman*
   Cyd Gilman, #09942
   cgilman@foulston.com
   Tel (direct):	316-291-9757
   Fax (direct):	866-889-0719
   *Attorney for Defendant Tessa Bowler*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2014, I electronically filed the foregoing Motion to Suppress with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.


   */s/ Cyd Gilman*
   Cyd Gilman