UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-10196-02-EFM |
| v. ) | |
| ) | |
| **TESSA BOWLER**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### INFORMATION

THE UNITED STATES ALLEGES:

### COUNT ONE

**21 U.S.C. § 843(b)**
**Use of a Communication Device to Facilitate a Drug Offense**

That on or about February 21, 2012, in the District of Kansas, and elsewhere, the defendant,

**TESSA BOWLER**,

did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone to commit, cause and facilitate the felony offense of possession and possession with the intent to distribute of a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846, all in violation of Title 21 United States Code, Section 843(b), and Title 18, United States Code, Section 2.

BARRY GRISSOM
United States Attorney

 s/ Michelle A. Jacobs
MICHELLE A. JACOBS
Special Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
Ks. S.Ct. No. 21261
Michelle.Jacobs@usdoj.gov