UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-10196-02-EFM |
| | ) |
| TESSA BOWLER, | ) |
| | ) |
| Defendant. | ) |

## NUNC PRO TUNC ORDER

The Government, by and through Michelle A. Jacobs, and the defendant, Tessa Bowler, through her attorney, Cyd Gilman, hereby request an order Nunc Pro Tunc pursuant to Rule 36 to correct a clerical error in the record. In support thereof, the parties would submit the following:

1. Defendant Tessa Bowler was indicted on December 3, 2013 for conspiracy to distribute a controlled substance in violation of Title 21, United States Code, Section 846 and 841(a)(1). (Doc. 1).

2. On April 15, 2014 the Government filed an Information alleging one count of use of a communication device to facilitate a drug offense, in violation of Title 21, United States Code, Section 843(b). (Doc. 53).

3. On April 16, 2014 the defendant entered a plea of guilty to the information pursuant to a plea agreement. (Doc. 55).

4. The Petition to Enter Plea of Guilty and Order Entering Plea correctly identified the offense to which defendant was pleading guilty as Title 21, United States Code, Section 843(b). (Doc. 57).

5. The Plea Agreement states, "The defendant agrees to plead guilty to Count 1 of the information charging a violation of Title 18, United States Code, § 843(b), that is, use of a communication device to facilitate a drug offense." (Doc. 58, Paragraph 1).

6. The parties agree that the Plea Agreement should state, "The defendant agrees to plead guilty to Count 1 of the information charging a violation of Title **21**, United States Code, §843(b), that is, use of a communication device to facilitate a drug offense."

7. The parties agree that this is a clerical error in the record and request an Order Nunc Pro Tunc correcting the record to allege the correct statutory provision.

The Court, after reviewing the matter, hereby finds that it is appropriate to correct the clerical error described above pursuant to Fed.R.Crim.P. 36, and orders that Paragraph 1 of the Plea Agreement signed by the parties, and entered on the Court's docket as Docket Entry 58, is hereby corrected to read as follows: "The defendant agrees to plead guilty to Count 1 of the information charging a violation of Title 21, United States Code, §843(b), that is, use of a communication device to facilitate a drug offense." The correction shall be executed by the filing with the Clerk of the Court of a "Corrected Plea Agreement" executed by all parties.

IT IS SO ORDERED.

Judge Kenneth Gale
United States Magistrate Judge

_Michelle A. Jacobs_  5·14·2014
Michelle A. Jacobs
Special Assistant United States Attorney
United States Attorney's Office
301 N. Main, Suite 1200
Wichita Kansas 67202


_Cyd Gilman_  5-8-2014
Cyd Gilman
Attorney for Defendant
Foulston Siefkin LLP
Commerce Bank Center
1551 N. Waterfront Pkwy., Ste. 100
Wichita Kansas 67206


_Tessa D. Bowler_  05/08/2014
Tessa Bowler
Defendant